UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-CR-00134-FDW-SCR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JONATHAN WRAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defense Counsel's Motion, (Doc. No. 3617), to be removed from the list of attorneys receiving electronic notifications in this matter via CM/ECF. For good cause shown, Defense Counsel's Motion is **GRANTED**. The Clerk of Court is respectfully directed to remove attorney Helen L. Parsonage from the list of attorneys to be noticed in this matter.

**IT IS SO ORDERED.**

Signed: January 15, 2025

Frank D. Whitney
Senior United States District Judge